IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>RICKY MAURICE JOHNSON,<br><br>Defendant. | CASE NO.: 4:22-cr-150 |

**O R D E R**

    Defendant Ricky Maurice Johnson has filed a Motion to Vacate Sentence Expunge Record, (doc. 44), which the Court could construe as a request to set aside his conviction and sentence pursuant to 28 U.S.C. § 2255. However, before the Court can do so, it must provide the warning required by Castro v. United States, 540 U.S. 375, 383 (2003) ("the district court must notify the pro se litigant that it intends to recharacterize the pleading [as a § 2255 motion], warn the litigant that this recharacterization means that any subsequent § 2255 motion will be subject to the restrictions on 'second or successive' motions, and provide the litigant an opportunity to withdraw the motion or to amend it so that it contains all the § 2255 claims he believes he has.").

    Pursuant to Castro, the Court warns Johnson that it will recharacterize his Motion as a Section 2255 motion. If he chooses to proceed on a Section 2255 motion, Johnson will lose his ability to file any successive petition on this same matter without first seeking permission to do so from the Eleventh Circuit Court of Appeals. Thus, Johnson has three choices: (1) have his Motion ruled upon as filed, but as a Section 2255 motion; (2) amend his Motion to include any other claims he may have; or (3) withdraw his Motion entirely. He has thirty days to decide what to do. If he does not thereafter affirm, supplement, or replace his Motion or notify the Court of his intent to

withdraw his Motion, the Court will proceed to rule on it as a Section 2255 motion. Accordingly, the Court **DIRECTS** Johnson to make his Castro election within **thirty days** of the date of this Order. The Clerk is **DIRECTED** to furnish Johnson with a Section 2255 motion form, which he must use should he wish to amend his Motion, as well as copies of his Motion, (doc. 44).

    **SO ORDERED**, this 30th day of May, 2025.

R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA